# **EXHIBIT A**



**null / ALL**
**Transmittal Number: 20380208**
**Date Processed: 09/12/2019**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Lynn Radliff<br>Amazon.Com, Inc.<br>440 Terry Ave N<br>Seattle, WA 98109-5210 |
| **Electronic copy provided to:** | Scotty Bauder<br>Lynn Foley-Jefferson<br>Joell Parks<br>Lizette Fernandez<br>Sara Rawson<br>Theresa Nixon<br>Gianmarco Vairo<br>Eugide Matondo<br>Michelle King<br>Rebecca Hartley<br>Jesse Jensen<br>Annamaria Taskai<br>Christine Schram<br>Rochelle Lewis<br>Karen Curtis<br>Kimberly Thomas<br>Maria Catana<br>Stephen Swisher |

| | |
|---|---|
| **Entity:** | Amazon.com Services, Inc.<br>Entity ID Number  2102616 |
| **Entity Served:** | Amazon.Com Services, Inc., d/b/a Amazon |
| **Title of Action:** | Sure Express, LLC vs. Amazon.Com Services, Inc., d/b/a Amazon |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Wayne County Circuit Court, MI |
| **Case/Reference No:** | 19-012204-CB |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 09/12/2019 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Drew S. Norton<br>248-797-4013 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court<br>1st Copy- Defendant | 2nd Copy - Plaintiff<br>3rd Copy -Return |

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>19-012204-CB<br>Hon.Lita Masini Popke |
|---|---|---|

Court address : 2 Woodward Ave., Detroit MI 48226                                    Court telephone no.: 313-224-2953

| Plaintiff's name(s), address(es), and telephone no(s)<br>Sure Express, LLC | v | Defendant's name(s), address(es), and telephone no(s).<br>Amazon.com Services, Inc. d/b/a Amazon<br>*R/D CSC·Lawyers Inc· Service*<br>*601  ABBOT  RD*<br>*EAST LANSING  MI  48823* |
|---|---|---|
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Drew S. Norton 41847<br>29501 Greenfield Rd Ste 212<br>Southfield, MI 48076-5870 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or  family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving  the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving  the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☒ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the  complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the  complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court,

where it was given case number _____ and assigned to Judge _____.

The action ☐ remains  ☐ is no longer  pending.

Summons section completed by court clerk.     | **SUMMONS** |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons  and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>9/10/2019 | Expiration date*<br>12/10/2019 | Court clerk<br>Carlita McMiller |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01 (1/19)**          **SUMMONS**                              MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105



| SUMMONS |
|---|
| Case No. : **19-012204-CB** |

## PROOF OF SERVICE

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE** | **OR** | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:   (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:   (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint, together with _____

<span style="font-size:smaller">List all documents served with the Summons and Complaint</span>

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |
| | | | | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
<span style="font-size:smaller">Date</span>

My commission expires: _____   Signature: _____
<span style="font-size:smaller">Date</span>                                                      Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
<span style="font-size:smaller">Attachments</span>

_____ on _____
<span style="font-size:smaller">Day, date, time</span>

_____ on behalf of _____.
Signature

| STATE OF MICHIGAN<br>3rd JUDICIAL CIRCUIT<br>COUNTY OF WAYNE | VERIFICATION OF<br>BUSINESS COURT ELIGIBILITY<br>AND NOTICE OF ASSIGNMENT | CASE NO.<br><br>CB |
|---|---|---|

Court address: 2 Woodward Ave., Detroit, MI 48226

| Plaintiff(s)<br>SURE EXPRESS, LLC | v | Defendant(s)<br>AMAZON.COM SERVICES, INC.<br>d/b/a AMAZON |
|---|---|---|

I am the attorney for the [check one] ☑ plaintiff ☐ defendant and per *MCR 2.114(B)(2) and MCR 2.114(D)* declare to the best of my information, knowledge, and belief that this case meets the statutory requirements to be assigned to the business court, *MCR 2.112(O), MCL 600.8031 et seq.*, and request assignment to the Business Court for the following reasons:

**[*Both Sections 1 and 2 must be completed to be accepted by the Court (check all that apply)*]**

1. **Parties.** This is a qualifying business or commercial dispute as defined by *MCL 600.8031(1)(c)* because,

☑ all of the parties are business enterprises

☐ one or more of the parties is a business enterprise and the other parties are its or their present or former owners, managers, shareholders, members, directors, officers, agents, employees, suppliers, or competitors, and the claims arise out of those relationships

☐ one of the parties is a non-profit organization, and the claims arise out of that party's organizational structure, governance, or finances

☐ It is an action involving the sale, merger, purchase, combination, dissolution, liquidation, organizational structure, governance, or finances of a business enterprise.

**AND**

2. **Actions.** This business or commercial action as defined by *MCL 600.8031(2)* involves,

☐ information technology, software, or website development, maintenance, or hosting

☐ the internal organization of business entities and the rights or obligations of shareholders, partners, members, owners, officers, directors, or managers

☑ contractual agreements or other business dealings, including licensing, trade secret, intellectual property, antitrust, securities, noncompete, nonsolicitation, and confidentiality agreements if all available administrative remedies are completely exhausted, including but not limited to, alternative dispute resolution processes prescribed in the agreements

☑ commercial transaction, including commercial bank transactions

☐ business or commercial insurance policies

☐ commercial real property

☐ other type of business or commercial dispute (explain):

9/10/19
Date

Signature

Drew S. Norton                          41847
Name (type or print)                    Bar no.

19-012204-CB FILED IN MY OFFICE  Cathy M. Garrett  WAYNE COUNTY CLERK  9/10/2019 10:13 AM  Carlita McMiller

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

SURE EXPRESS, LLC,
a Michigan limited liability company,

Plaintiff,

Case No. 19-    CB
Hon.

AMAZON.COM SERVICES, INC.,
a foreign corporation, d/b/a Amazon,

**JURY DEMAND**

Defendant.

DREW S. NORTON (P41847)
Attorney for Plaintiff
29501 Greenfield Rd., Suite 212
Southfield, MI 48076
(248) 797-4013
drew@drewnortonlaw.com

There is no other pending or resolved civil action arising out
of the transaction or occurrence alleged in the complaint.

### COMPLAINT FOR BREACH OF IMPLIED CONTRACT, CONVERSION, UNJUST ENRICHMENT AND OTHER RELIEF

Plaintiff, Sure Express, LLC, through its counsel, Drew S. Norton, for its

Complaint against Defendant Amazon states as follows:

1. Plaintiff is a Michigan limited liability company with its principal place of

   business in Dearborn Michigan.

2. Defendant Amazon is a foreign corporation doing business in Wayne

   County Michigan.

3. The facts and circumstances giving rise to this Complaint took place

   primarily in Wayne County Michigan.

4. The amount in controversy exceeds $25,000.00 exclusive of interest, costs and attorneys' fees.

5. Transport Systems, LLC is a Michigan limited liability company in the business of, among other things, providing trucks and trailers for hire in the trucking industry and is licensed for that purpose by the Federal Motor Carrier Safety Administration.

6. At any given time Transport Systems has approximately 130 tractors and trailers in use. The trailers are almost all white with the red letters "Transport Systems" on the sides.

7. Plaintiff and Transport Systems are both wholly owned by Ali Saleh.

8. In the regular course of its business, Transport Systems utilizes trailers titled in one of his other entities such as Plaintiff Sure Express.

9. On or about October 20, 2017 Transport Systems and U.S. Express, Inc. (USX) entered into general a Broker/Carrier Agreement.

10. This agreement contemplated regular shipments of various types of goods around the country.

11. Shipments were often of the "drop and hook" variety whereby Plaintiff or Transport Systems as the case may be, would drop a trailer off at the shippers depot to be loaded or unloaded and picked up at a later time for the route.

12. One such shipment was on behalf of Amazon from Brownstown Michigan to Hazel Park Michigan utilizing Plaintiff's 2016 Vanguard trailer #4029, VIN 5V8VC5326GM607804.

2

13. An independent owner/operator working for Transport Systems dropped
    trailer #4029 of at Amazon's Brownstown facility known as "DTW5."

14. Shortly thereafter trailer #4029 disappeared.

15. It was later spotted by one of Transport Systems' drivers at an Amazon
    facility in Hebron Kentucky.

### COUNT I
### (Breach of Implied Contract)

16. Plaintiff hereby incorporates by reference and re-alleges all previous
    paragraphs.

17. The facts and circumstances set forth above are sufficient to create an
    implied contract in fact between Plaintiff and Amazon.

18. Amazon's use of trailer #4029 to ship its goods confers a benefit upon
    Amazon for which it should compensate Plaintiff.

19. Amazon has breached and continues to breach said implied contract by
    failing to compensate Plaintiff for its use.

20. Damages are accruing daily.

### COUNT II

(Conversion—Common Law and MCL 600.2919a)

21. Plaintiff hereby incorporates by reference and re-alleges all previous
    paragraphs.

22. Plaintiff is titleholder to trailer #4029.

23. Trailer #4029 has a value of $35,000.00.

3

24. Amazon has unlawfully detained, sequestered or converted trailer #4029 for its personal use and/or benefit to the detriment and exclusion of Plaintiff.

25. Amazon's actions constitute conversion.

26. As a result Plaintiff has sustained damages.

27. MCL 600.2919a provides that Plaintiff is entitled to three time its actual damages plus costs and reasonable attorney fees.

## COUNT III
### (Unjust enrichment)

28 Plaintiff hereby incorporates by reference and re-alleges all previous paragraphs.

29 Amazon is benefiting from the possession and use of trailer #4029.

30 Because Amazon has not paid for said benefits, Amazon has been unjustly enriched.

31 As a result, Plaintiff has sustained damages.

32 It would be unjust and inequitable for Amazon to retain said benefits to the detriment of Plaintiff.

WHEREFORE, Plaintiff respectfully requests that this Court enter Judgment in its favor and against Amazon for:

a. the value of trailer #4029;

b. $500.00 per day rent/lost earnings from October 18, 2017 until the date of the Judgment;

4

c.  three times said amounts plus costs and attorneys' fees

    pursuant to MCL 600.2919a; and

d.  any other relief this Court deems appropriate under the

    circumstances.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.


Dated:  September 10, 2019          ___Drew S. Norton___
                                    Drew S. Norton (P41847)
                                    29501 Greenfield Rd., Suite 212
                                    Southfield, MI 48076
                                    (248) 797-4013
                                    drew@drewnortonlaw.com
                                    Counsel for Plaintiff

5

DREW S. NORTON, PC
29501 Greenfield Road, Suite 212
Southfield, MI 48076

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7018 3090 0001 9016 0555



U.S. POSTAGE PAID
FCM LETTER
BIRMINGHAM, MI
48012
SEP 10, 19
AMOUNT

**$7.15**

1000          48823          R2304H109155-13

Amazon.com Services, Inc.
c/o CSC Lawyers, Incorporating Service Co.
601 Abbot Road
East Lansing, MI  48823

**RETURN RECEIPT
REQUESTED**

48823-336601